UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:     SWENSON, Daniel David & Kristy Marie

Chapter 7 Case No.     09-61192

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CENTRACARE PHARMACY PLAZA<br>1900 CENTRACARE CIRCLE<br>ST. CLOUD, MN 56303 | 9 | $ 122.61 | $ 1.95 |

Date:    11/01/2010

J. Richard Stermer,  Trustee



RECEIVED 10 NOV -2 AM 9:28 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN